**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW



The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Kevin F. Brady
TEL        (302) 888-6257
FAX       (302) 255-4257
EMAIL    kbrady@cblh.com
REPLY TO  Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

www.cblh.com

April 15, 2005

**By Hand Delivery**

Monica Mosley
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Appeal: American Classic Voyages Co., CV 04-1415 JJF

Dear Monica:

    I have discussed mediation with counsel for the parties in the above appeal and have exhausted the potential for mediation. As a result, the mediation is completed and the appeal in this case is ready to proceed.

                      Yours very truly,

                      Kevin F. Brady
                      (Bar No. 2248)

KFB/saj
cc:    Clerk, U.S. District Court
       Joseph J. Bodnar, Esquire
       James E. Huggett, Esquire
       (391329,p1)