IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| AMERICAN CLASSIC VOYAGES CO., et al., | : Bankruptcy Case 01-10954 (LHK) |
| | : |
| Debtors. | : |
| | |
| WESTAFF (USA) INC., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 04-1415 JJF |
| | : |
| AMERICAN CLASSIC VOYAGES CO., et al., by and through Paul Gunther, Plan Administrator, | : |
| | : |
| Appellees. | : |

## O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was referred to mediation on November 29, 2004;

WHEREAS, by letter, the Court has been notified that mediation is now complete (D.I. 5);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10)**

days of receipt of answering brief.

April 28, 2005          /s/ Joseph J. Farnan
DATE                    UNITED STATES DISTRICT JUDGE