IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*,<br><br>Debtors. | **District Court**<br>**Civil Action No. 04-01415 (JJF)**<br><br>Chapter 11<br>Bankruptcy Court<br>Case No. 01-10954 (LHK)<br>(Jointly Administered) |
| AMERICAN CLASSIC VOYAGES CO., *et al.*, DEBTORS, by and through PAUL GUNTHER, PLAN ADMINISTRATOR,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>WESTAFF,<br><br>Defendant/Appellant. | Adv. Pro. No. 03-56886 (PBL)<br><br><br><br>Related Civil Action<br>Docket No. _____ |

### ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Upon consideration of the Appellant's *Motion for Extension of Time to File Appellant's Opening Brief* (the "Motion"), the deadline by which the Appellant must file its opening brief is hereby rescheduled to June 25, 2005. All other scheduling procedures set forth in this Court's April 28, 2005 Order shall remain in effect.

Dated: May ___, 2005

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE