IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*,<br><br>Debtors. | **District Court**<br>**Civil Action No. 04-01415 (JJF)**<br><br>Chapter 11<br>Bankruptcy Court<br>Case No. 01-10954 (LHK)<br>(Jointly Administered) |
| AMERICAN CLASSIC VOYAGES CO., *et al.*,<br>DEBTORS, by and through PAUL GUNTHER,<br>PLAN ADMINISTRATOR,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>WESTAFF,<br><br>Defendant/Appellant. | Adv. Pro. No. 03-56886 (PBL) |

### CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on May 18, 2005, I served a copy of the *Appellant's Motion for Extension of Time to File Appellant's Opening Brief* on the parties listed on the attached service list, in the manner there indicated.

/s/ *James E. Huggett*
James E. Huggett, Esquire (# 3956)

**Via First Class Mail**

Joseph J. Bodnar, Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, Delaware 19801

Michael D. Thorp, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022