## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **District Court** |
| | ) | **Civil Action No. 04-01415 (JJF)** |
| AMERICAN CLASSIC VOYAGES CO., | ) | |
| et al., | ) | Chapter 11 |
| | ) | Bankruptcy Court |
| Debtors, | ) | Case No. 01-10954 (LHK) |
| | ) | Jointly Administered |
| | ) | |
| WESTAFF, | ) | Adv. Proc. No. 03-56886 (PBL) |
| | ) | |
| Appellant/Appellant | ) | |
| v. | ) | |
| | ) | |
| AMERICAN CLASSIC VOYAGES CO., | ) | |
| et al., DEBTORS, BY AND | ) | |
| THROUGH PAUL GUNTHER, PLAN | ) | |
| ADMINISTRATOR, | ) | |
| | ) | |
| Appellee/Plaintiff | ) | |

**NOTICE OF COMPLETION OF BRIEFING RELATING TO PLAINTIFF'S CROSS MOTION TO DISMISS WESTAFF'S APPEAL, Re:  DOCKET NO. 8**

On May 31, 2005, American Classic Voyages Co., *et al*. ("AMCV") and the other debtors and debtors-in-possession administered together herein (collectively, the "Debtors" or "Plaintiffs" or "Appellee"), by and through Paul Gunther as the Plan Administrator, by and through it undersigned counsel, filed and served the Cross Motion to Dismiss Westaff's Appeal ("Motion") (Docket No. 8).

The relevant pleadings with regard to the Motion found in the Docket for Civil Action No. 04-1415 are as follows:

| Date | Docket No. | Pleading |
|---|---|---|
| 5/31/2005 | 8 | **Memorandum In Support Of Cross Motion To Dismiss Westaff's Appeal And In Opposition To Westaff's Motion For An Extension Of Time** |
| 5/31/2005 | 9 | **Declaration of Michael D. Thorp in Support of Cross Motion to Dismiss Westaff's Appeal and in Opposition to Westaff's Motion** |

|  |  | **for an Extension of Time** |
|--|--|--|

The undersigned certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

Copies of all pleadings referred to above, with any attached exhibits, will be submitted to the Court. Counsel for the Appellee available at the convenience of the Court, if oral argument is necessary.

Dated: June __, 2005                                   **MONZACK AND MONACO, P.A.**


           ___/s/ Joseph J. Bodnar____
           Francis A. Monaco, Jr. (#2078)
           Joseph J. Bodnar (#2512)
           1201 N. Orange Street, Suite 400
           Wilmington, DE  19801
           T:  (302) 656-8162


**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
(212) 478-7200

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **District Court** |
| | ) | **Civil Action No. 04-01415 (JJF)** |
| AMERICAN CLASSIC VOYAGES CO., | ) | |
| et al., | ) | Chapter 11 |
| | ) | Bankruptcy Court |
| Debtors, | ) | Case No. 01-10954 (LHK) |
| | ) | Jointly Administered |
| | ) | |
| WESTAFF, | ) | Adv. Proc. No. 03-56886 (PBL) |
| | ) | |
| Appellant/Appellant | ) | |
| v. | ) | |
| | ) | |
| AMERICAN CLASSIC VOYAGES CO., | ) | |
| et al., DEBTORS, BY AND | ) | |
| THROUGH PAUL GUNTHER, PLAN | ) | |
| ADMINISTRATOR, | ) | |
| | ) | |
| Appellee/Plaintiff | ) | |

## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was filed with the United States Bankruptcy Court with a courtesy copy being provided to the Clerk of the Court and sent to the below-listed attorney by way of stated service on June 15, 2005:

**VIA HAND DELIVERY and E-MAIL**

James E. Huggett, Esquire
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801

Email: jhuggett@harvpenn.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 15, 2005

\_\_\_/s/ Heidi E. Sasso_____
Heidi E. Sasso

Document #: 44280