# HARVEY ◆ PENNINGTON LTD.
## ATTORNEYS AT LAW

**James E. Huggett**
Direct Dial: 302-351-1125
E-mail: JHUGGETT@harvpenn.com

913 Market Street
Suite 702
Wilmington, DE 19801
(302) 428-0719
Fax (302) 428-0734
www.harvpenn.com

July 18, 2005

The Honorable Joseph J. Farnan, Jr.
US District Court
District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

> **Re:** **American Classic Voyages Co.**
> **[Chapter 11 Case no. 01-10954 (LHK)]**
>
> **American Classic Voyages Co., et al., Debtors, by through Paul**
> **Gunther, Plan Administrator v. Westaff (USA), Inc.**
> **[Adv. Pro. No. 03-56886 (PBL)] [C.A. No. 1:04-cv- 01415 (JJF)]**
>
> **Appeal Dismissal**

Dear Judge Farnan:

We represent the Appellant in the above-noted appeal. After review and consideration, the Appellant has decided to dismiss the appeal and proceed to trial on the merits of the underlying litigation. We will provide the Appellee with a proposed *Stipulation of Dismissal* shortly and, assuming it is executed, file it with the Court as soon as possible thereafter. In the meantime, as same will obviate the need for the Court to expend further time or resources on the appeal, I thought this courtesy letter to Your Honor would be appropriate.

We thank the Court for its time and attention. If the Court has any questions or concerns, I am always available.

Respectfully yours,

James E. Huggett

James E. Huggett

Cc:   Joe Bodnar (via first class mail)
      Michael Thorpe (via first class mail)
JEH/drm

DE: 715484