IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CLASSIC VOYAGES CO., et al., | : Chapter 11<br>: Bankruptcy Court<br>: Case No. 01-10954 (LHK) |
| Debtors. | : (Jointly Administered)<br>: |
| WESTAFF, | : |
| Appellant, | : |
| v. | : Civil Action No. 04-1415 (JJF) |
| AMERICAN CLASSIC VOYAGES CO., et al., by and through Paul Gunther Plan Administrator, | : |
| Appellee. | : |

### ORDER

WHEREAS, the Court has been advised by James E. Huggett, Esq. that the Appellant has decided to dismiss the appeal and proceed to trial on the merits of the underlying litigation. (D.I. 12);

NOW THEREFORE, IT IS ORDERED that this matter is **STAYED** and **CLOSED** adminstratively. The parties shall file a Stipulation of Dismissal which may include terms of the settlement within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

August 4, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE