## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*<br><br>           Debtors. | )   Chapter 11<br>)   Bankruptcy Court<br>)   Case No. 01-10954 (WS)<br>)   (Jointly Administered)<br>)<br>)<br>) |
| WESTAFF,<br><br>           Appellant<br><br>v.<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*, by and through Paul Gunther Plan Administrator,<br><br>           Appellee. | )<br>)<br>)<br>)<br>)   C.A. No:  04-1415 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that the above-referenced appeal is hereby

dismissed with prejudice under the Federal Rules of Civil Procedure.

MONZACK AND MONACO, P.A.          HARVEY, PENNINGTON LTD.

_____      _____

Joseph J. Bodnar, Esquire (#2512)     James E. Huggett, Esq. (#3956)
1201 Orange Street, Suite 400        "J" Jackson Shrum, Esq.
Wilmington, DE  19801            913 N. Market Street, 7th Floor
Phone:  302-656-8162            Wilmington, DE  19801
                                Phone: 302-428-0719
*Counsel for Appellee, American Classic*    Fax:     302-428-0734
*Voyages Co.*

                                *Counsel for Appellant, Westaff*