## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*<br><br>        Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Bankruptcy Court<br>Case No. 01-10954 (LHK)<br>(Jointly Administered) |
| WESTAFF,<br><br>        Appellant<br><br>v.<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*, by and through Paul Gunther Plan Administrator,<br><br>        Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No:  04-1415 (JJF) |

### CERTIFICATE OF SERVICE

    I, James E. Huggett, Esquire, hereby certify that on September 6, 2004, I served a copy of the *Stipulation of Dismissal* on the parties listed on the attached service list, in the manner there indicated.

                        */s/ James E. Huggett*
                        James E. Huggett, Esquire (# 3956)

**<u>Via First Class Mail</u>**

Joseph J. Bodnar, Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, Delaware 19801